IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA., </br>     Plaintiff, | ) </br> ) </br> ) | |
| Vs. | ) </br> ) | Civil Action No. 05-141 Erie |
| CATHERINE Y. PEI, </br>     Defendants. | ) </br> ) | |

**O R D E R**

AND NOW, to with, this 27th day of October, 2005, the Court having signed the consent decree in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed.  It appears no further action is required by the Court at this time.


   S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge


cc: all parties of record