IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Petitioner, : | |
| : | |
| v.  : | No. CA-05-141-E |
| : | |
| CATHERINE Y. PEI, : | |
| a/k/a CATHERINE BYNUM, : | |
| : | |
| Respondent. : | |
| : | |

**ORDER GRANTING UNITED STATES' MOTION TO ADJUDICATE
CATHERINE Y. PEI IN CONTEMPT, AND FOR INCARCERATION**

Having considered the United States' MOTION TO ADJUDICATE CATHERINE Y. PEI IN CONTEMPT, AND FOR INCARCERATION, the supporting memorandum, any opposition thereto, and the entire record herein, and good cause having been shown, it is ORDERED that the motion is GRANTED.

It is further ORDERED that Catherine Y. Pei is in contempt of this Court's order dated August 16, 2005; and it is further

ORDERED that Catherine Y. Pei shall be incarcerated for an indefinite time until she purges himself of the contempt by producing the documents that were identified on the summons, including the foreign bank or financial account records, and by appearing before Agent Dickerson and providing testimony; and it is further

ORDERED that the United States shall recover its costs in filing and maintaining this motion; and it is further

ORDERED that the Clerk shall distribute copies of this signed order to the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

Dara B. Oliphant
Charles M. Flesch
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C.  20044

Thomas W. Patton
1001 State Street
Suite 1111
Erie, PA 16501