IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | No.  CA-05-141-E |
| : | |
| CATHERINE Y. PEI, : | |
| a/k/a CATHERINE BYNUM, : | |
| : | |
| Respondent. : | |
| : | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing MOTION TO ADJUDICATE CATHERINE Y. PEI IN CONTEMPT, AND FOR INCARCERATION, supporting MEMORANDUM, and proposed ORDER, has been made this 10th day of November, 2005, by depositing copies thereof in the United States mail, postage prepaid, addressed as follows:

> Thomas W. Patton
> 1001 State Street
> Suite 1111
> Erie, PA 16501

> _/s/ Dara B. Oliphant_
> DARA B. OLIPHANT