IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) C.A. 05-141 Erie |
| | ) |
| CATHERINE PEI | ) |

**ORDER APPOINTING**
**FEDERAL PUBLIC DEFENDER**

AND NOW, this ____ day of December, 2005, the Court, having received a Financial Affidavit completed under the penalty of perjury by the above-named individual; the Court being satisfied that the above named individual is financially unable to obtain counsel and said individual not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania 16501, telephone number (814) 455-8089, is hereby appointed to represent the individual in all matters related the above action.

PRIMARY COUNSEL:    Thomas W. Patton
                    Assistant Federal Public Defender
                    PA ID #88653


_____
SEAN J. McLAUGHLIN
United States District Judge