IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) C.A. 05-141 Erie |
| | ) |
| CATHERINE PEI | ) |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of December, 2005, upon consideration of the within Motion for Extension of Time to file a Response to Government's Motion to Enforce Judgment, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted;

IT IS FURTHER ORDERED that defendant's response to the government's motion is due **December 9, 2005.**

_____
SEAN J. McLAUGHLIN
United States District Judge