IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff,   )<br>                          )<br>V                         )<br>                          )<br>CATHERINE Y. PEI,         )<br>a/k/a CATHERINE BYNUM,    )<br>    Defendant             ) | Civil Action No.  05-141 |

## ORDER

AND NOW, this  9th  day of  December, 2005, upon consideration of the Motion to Adjudicate Catherine Y. Pei in Contempt, and for Incarceration,

IT IS HEREBY ORDERED that a Hearing on this Motion is scheduled for **Thursday, January 19, 2006** at **10:30 a.m.** before the Honorable Sean J. McLaughlin in Court Room C, United States Courthouse, Erie, Pennsylvania.

                                      _____
                                      Sean J. McLaughlin
                                      United States District Judge

cc: All counsel of record  nmk