IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | No.  CA-05-141-E |
| : | |
| CATHERINE Y. PEI, : | |
| a/k/a CATHERINE BYNUM, : | |
| : | |
| Respondent. : | |
| : | |

NOTICE OF APPEARANCE OF CHARLES M. FLESCH AS COUNSEL
FOR THE UNITED STATES

TO THE CLERK OF THE COURT:

PLEASE enter the appearance of trial attorney Charles M. Flesch as counsel for the United States in the above captioned case.

PLEASE also note that Dara Oliphant is no longer employed by the Tax Division of the U.S. Department of Justice, and should no longer be noticed in the above captioned case.

Dated: December 20, 2005

MARY BETH BUCHANAN
United States Attorney

*/s/ Charles M. Flesch*
CHARLES M. FLESCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 307-6635

LEE J. KARL
Assistant United States Attorney
700 Grant Street, 4th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 644-3500