IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | No. CA-05-141-E |
| : | |
| CATHERINE Y. PEI, : | |
| a/k/a CATHERINE BYNUM, : | |
| : | |
| Respondent. : | |
| : | |

CERTIFICATE OF SERVICE

IT IS HEREBY certified that the foregoing   NOTICE OF APPEARANCE OF CHARLES M. FLESCH AS COUNSEL FOR THE UNITED STATES, has this 20th day of December 2005, been served on counsel for respondent through the Court's ECF system and by U.S. Mail, postage prepaid and addressed to:

Thomas Patton, Esq.
Public defenders Office
1001 State Street, Suite 1111 (1111 Renaissance Center)
Erie, PA 16501

*/s/ Charles M. Flesch*
CHARLES M. FLESCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20004

1468713.1