IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | No. CA-05-141-E |
| : | |
| CATHERINE Y. PEI, : | |
| a/k/a CATHERINE BYNUM, : | |
| : | |
| Respondent. : | |
| : | |

## STIPULATION AND CONSENT ORDER
## DISMISSING CONTEMPT PROCEEDING

IT IS STIPULATED AND AGREED by and between the petitioner United States and respondent Catherine Y. Pei, by their respective undersigned counsel, that, subject to the approval of the Court,

1. The contempt proceeding (docket No. 10) filed in the above-captioned case may be dismissed, with the parties bearing their own costs and expenses incurred, including any possible attorney's fees; and

2. The Court may close its file on this matter.

//

//

//

//

//

Counsel for United States:

MARY BETH BUCHANAN
United States Attorney

*/s/ Charles M. Flesch*
CHARLES M. FLESCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6635

LEE J. KARL
Assistant United States Attorney
700 Grant Street, 4th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 644-3500

Counsel for Pei:

/s/ Thomas W. Patton
THOMAS W. PATTON, Esq.
Assistant Federal Public Defender
(PA I.D. No. 88653)
1001 State Street
1111 Renaissance Centre
Erie, Pennsylvania 16501
Telephone: (814) 455-8089


THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED

this ___ day of January, 2006.


                                                SEAN J. McLAUGHLIN
                                                United States District Judge